AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 1:20MJ34LDA |
| DAVID ADLER STAVELEY, a/k/a "Kurt David | ) | | |
| Sanborn," a/k/a "David Sanborn"; DOB: 1967 | ) | | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   April 6, 2020 through April 27, 2020   in the county of _____ in the

_____ District of ____ Rhode Island ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371; | Conspiracy to Make False Statement to Influence the SBA; |
| 18 U.S.C. § 1349; and | Conspiracy to Commit Bank Fraud; and |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Christina Grady, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

Christina Grady
Special Agent

_____
Special Agent Christina Grady - FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   05/04/2020

City and state:   Providence, Rhode Island

_____
*Judge's signature*

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*