PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO.: 1:20MJ34LDA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment Information  ☐ Charges/Counts Added

USA vs.

**Defendant:** DAVID ADLER STAVELEY

**Address:** a/k/a "Kurt David Sanborn," a/k/a "David Sanborn"

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
RHODE ISLAND — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5044

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

☐ Interpreter Required  Dialect: _____

Birth Date: _____
☒ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number: _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

## DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 14 days | ☐ Felony ☐ Misdemeanor |