United States v. DAVID ADLER STAVELEY,
a/k/a "Kurt David Sanborn," a/k/a "David Sanborn"

COMPLAINT COVER SHEET ATTACHMENT

Count 1: (18 U.S.C. § 371; Conspiracy to Make False Statement to Influence the SBA)

MAX PENALTY

a. 5 years imprisonment;
b. $250,000 fine;
c. 3 years supervised release; and
d. $100 special assessment.

Count 2: (18 U.S.C. § 1349; Count Two – Conspiracy to Commit Bank Fraud)

MAX PENALTY

a. 30 years imprisonment;
b. $250,000 fine;
c. 5 years supervised release; and
d. $100 special assessment.

Count 4: (18 U.S.C. § 1028A; Count Four – Aggravated Identity Theft)

MAX PENALTY

a. Mandatory 2 years consecutive imprisonment;
b. $250,000 fine;
c. 1 year supervised release; and
d. $100 special assessment.