IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Plaintiff** | : |
| | :1:20-mj-00034-LDA |
| v. | : |
| | : |
| **David Adler Staveley** | : |
| **Defendant** | : |

MOTION TO WITHDRAW

    Now comes George J. West, court-appointed counsel for the Defendant in this matter and moves that the Court will enter an order allowing him to withdraw from the representation of the Defendant.  The reason for the request is that Mr. Staveley has retained counsel of his choice who has entered his appearance in the case.

                            Respectfully submitted,

                            \_/s/\_\_George J. West_____
                            George J. West, #3052
                            One Turks Head Place, Suite 312
                            Providence, RI  02903-2215
                            401-861-9042
                            401-861-0330 fax

CERTIFICATION

 I hereby certify that I caused the filing of the above-entitled Motion through the United States District Court for the District of Rhode Island's ECF System to be forwarded to the attorney for the Government ,this 2 day of June, 2020.

                                                                    /s/ George J. West