CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: <u>1:20−mj−00612−AJB−1</u>

Case title: USA v. Staveley  
Other court case number: 1:20−mj−00034−LDA USDC District of Rhode Island

Date Filed: 07/24/2020  
Date Terminated: 07/24/2020

Assigned to: Magistrate Judge Alan J. Baverman

### Defendant (1)

**David Adler Staveley**  
*TERMINATED: 07/24/2020*

represented by **Vidhi S. Joshi**  
Federal Defender Program−Atl  
Suite 1500  
Centennial Tower  
101 Marietta Street, N.W.  
Atlanta, GA 30303  
404−688−7530  
Email: <u>vidhi_joshi@fd.org</u>  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

ATTEST: A TRUE COPY CERTIFIED THIS

Date: ___7/28/2020_____

JAMES N. HATTEN, Clerk

By: __s/Traci C. Campbell_____  
　　　Deputy Clerk



### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:3606 − Sanctions For Violation of A Release Condition

### Disposition

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **John Russell Phillips**<br>Office of the United States<br>Attorney–ATL600<br>Northern District of Georgia<br>600 United States Courthouse<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303<br>404–581–6239<br>Email: russell.phillips@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/24/2020 | | | Arrest (Rule 40) of David Adler Staveley. (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | 1 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Vidhi S. Joshi for David Adler Staveley. Signed by Magistrate Judge Alan J. Baverman on 7/24/2020. (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | 2 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Initial Appearance in Rule 5(c)(3) Proceedings as to David Adler Staveley held on 7/24/2020, Defendant waives Preliminary Hearing. Waiver filed. Detention Hearing held. Commitment to Another District. (Tape #FTR Gold) (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | 3 | | WAIVER of Rule 5 Identity Hearings by David Adler Staveley. (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | 4 | | MOTION for Detention by USA as to David Adler Staveley. (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | 5 | | CJA 23 Financial Affidavit by David Adler Staveley. (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to David Adler Staveley. Defendant committed to USDC District of Rhode Island. Signed by Magistrate Judge Alan J. Baverman on 7/24/2020. (tcc) (Entered: 07/28/2020) |
| 07/24/2020 | | | Magistrate Case Closed. Defendant David Adler Staveley terminated. (tcc) (Entered: 07/28/2020) |
| 07/28/2020 | | | Transmittal of Rule 5(c)(3) Documents as to David Adler Staveley, sent to USDC District of Rhode Island via InterdistrictTransfer email with certified copy of Commitment Order and docket sheet. (tcc) (Entered: 07/28/2020) |

FILED IN CHAMBERS
JUL 24 2020
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT
### NORTHERN District of GEORGIA

UNITED STATES OF AMERICA
V.

DAVID ADLER STAVELEY

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| NDGA | District of Rhode Island | 1:20-MJ-3612AJB | 1:20-mj-0034-LDA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☐ Complaint  X Other

charging a violation of  18  U.S.C.  3154(5)

ATTEST: A TRUE COPY
CERTIFIED THIS

**DISTRICT OF OFFENSE**
District of Rhode Island

Date: 7/28/2020

**DESCRIPTION OF CHARGES:**

Bond Violation

JAMES N. HATTEN, Clerk

By: s/Traci C. Campbell
    Deputy Clerk

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  X Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** X No  ☐ Yes  Language:

**DISTRICT** Northern District of Georgia

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

7/24/20
Date

ALAN J. BAVERMAN, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

3