AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-mj-00034-LDA |
| David Adler Staveley | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Adler Staveley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☑ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
Bail Violation

Date: 05/27/2020

/s/Jeannine Noel
*Issuing officer's signature*

City and state: Providence, RI

JEANNINE NOEL, DEPUTY CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 05/27/2020, and the person was arrested on *(date)* 7/23/2020
at *(city and state)* GA Alpharetta

Date: 7/23/2020

*Arresting officer's signature*

E. Padilla Ducha
*Printed name and title*