PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

CASE NO. 1:20CR74MSM-LDA

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: DAVID ADLER STAVELEY
Address: a/k/a "Kurt David Sanborn," a/k/a "David Sanborn"
[REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND — RHODE ISLAND Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: AARON WEISMAN
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5044

Name of Asst. U.S. Attorney (if assigned): LEE H. VILKER

☐ Interpreter Required   Dialect: _____

Birth Date: [REDACTED]   ☒ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: [REDACTED]

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 20-MJ-00034-LDA

Place of offense: RHODE ISLAND County

**DEFENDANT**

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date 7/24/2020 or Date Transferred to Federal Custody ____

☒ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Jeffrey Techentin & Mark Josephs
☐ FPD ☐ CJA ☒ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached Sheet. | See Attached Sheet. | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | | ☒ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 7 days | ☒ Felony ☐ Misdemeanor |

<u>United States v. DAVID ADLER STAVELEY,
a/k/a "Kurt David Sanborn," a/k/a "David Sanborn"</u>

INDICTMENT COVER SHEET ATTACHMENT

Count 1: (18 U.S.C. § 1349 – Conspiracy to Commit Bank Fraud)

MAX PENALTY

a. 30 years imprisonment;
b. $1,000,000 fine;
c. 5 years supervised release; and
d. $100 special assessment.

Count 2-4: (18 U.S.C. § 1344 – Bank Fraud)

MAX PENALTY FOR EACH COUNT

a. 30 years imprisonment;
b. $1,000,000 fine;
c. 5 years supervised release; and
d. $100 special assessment.

Count 5: (18 U.S.C. § 371; Conspiracy to Make False Statement to Influence the SBA)

MAX PENALTY

a. 2 years imprisonment;
b. $5,000 fine;
c. 1 year supervised release; and
d. $100 special assessment.

Count 6: (18 U.S.C. § 1028A; Count Four – Aggravated Identity Theft)

MAX PENALTY

a. Mandatory 2 years consecutive imprisonment;
b. $250,000 fine;
c. 1 year supervised release; and
d. $100 special assessment.