# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:20-cr-00074-MSM-LDA-1 |
| | : | |
| DAVID STAVELEY | : | |

## MOTION TO WITHDRAW DEFENDANT'S MOTION
## FOR COMPASSIONATE RELEASE

Now comes the defendant in the above captioned matter with a motion to withdraw his Motion for Compassionate Release (Docket Document #33).

As grounds for this motion to withdraw, the defendant states that, without waiving any arguments identified in his motion for release, he does not wish to press the motion for release at this time.

Wherefore, the defendant requests that the Court ALLOW his request to withdraw.

        Respectfully submitted,
        David Staveley
        By counsel,

        /s/ Jason Knight_____
        Jason Knight, 7329
        One Turks Head Place Suite 1440
        Providence, RI 02903
        (401) 865-6075 Office
        (401) 216-8234 Fax
        jason.knight@jasonknightlaw.com
        Date: March 19, 2021

## **CERTIFICATION**

I certify that on March 19, 2021 I served a true and accurate copy of the above document upon Lee Vilker, AUSA via the court's electronic filing system.

        /s/ Jason Knight_____