UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 20-074-MSM |
| v.   ) | |
| ) | |
| **DAVID STAVELEY,**   ) | |
| Defendant.   ) | |

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO PRESERVE ALL COMMUNICATION BY THE COURT

Without citing any legal authority, defendant David Staveley ("Staveley") moved this Court (ECF #89) to issue an order requiring that all communications between the Court, the United States Attorney's Office, federal law enforcement, the U.S. Marshal's Service, defense counsel and the Court of Appeals be "preserved for future action." Defendant's motion should be denied as there is absolutely no legal requirement that this absurdly long list of individuals and entities preserve all of their communications.

The Government is well aware of and has complied with its discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure as well as its constitutional obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and progeny. The Department of Justice adheres to all legal requirements for the management and preservation of records as set forth by DOJ's Office of Records Management Policy. Any and all records pertaining to this case will be preserved in accordance with the guidance provided by the Office of Records Management Policy.

For the foregoing reasons, defendant's motion should be denied.

Respectfully submitted,

ZACHARY A. CUNHA
UNITED STATES ATTORNEY

_____
LEE H. VILKER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September 2022, I caused the within Government's Opposition to be filed electronically and it is available for viewing and downloading from the ECF system. I also certify that this Opposition has been mailed to:

David Staveley
Reg. No. 04230-049
FMC Devens – Camp
P.O. Box 879
Ayer, MA 01432

                                            /s/ Lee H. Vilker
                                            LEE H. VILKER
                                            Assistant U. S. Attorney,
                                            U. S. Attorney's Office
                                            50 Kennedy Plaza, 8th Floor
                                            Providence, RI 02903
                                            401-709-5000, 401-709-5001 (fax)