United States District Court
District of Rhode Island

9/18/22

David Staveley
V.
United States of America

Criminal No. 20-CR-00074-MSM

RECEIVED
SEP 22 2022
U.S. DISTRICT COURT
DISTRICT OF R.I.

Motion for Relief from Order under Federal Rule of Civil Procedure - Rule 60(b)

---

The following Motion is presented to the honorable Court by the defendant Pro Se due to the Motion to Appoint Counsel (ECF No 76) being denied by this receiving court. The Defendant is not an attorney and has no legal experience or knowledge and is submitting this motion while incarcerated, during Covid-19 pretrial, with limited resources, to research and investigate as well as communicate or utilize resources to assist the defendant in his action, this motion and attempts to effectively represent himself.

1. The Courts decision was made on 9/15/22 at 2:19pm. The Decision was made without reference to and receipt of Defendants motion in Objection dated 9/15/22 (see attached) and prior to the deadline for responses due by 9/26/2022 (See Attachment 2)

2. The Defendant reiterates his objection to the excessive amount of time requested (60) days and the overly broad grant of waiver of Attorney-Client privilege for which the order contains no

Case No. 20-CR-00074-MSM
Motion for Relief - Rule 60(b)
Case 1:20-cr-00074-MSM-LDA   Document 93   Filed 09/22/22   Page 2 of 3 PageID #: 965
Page 2
9/18/22

2. (cont) limitations. Additionally, actions by the court demonstrate that while the defendant must represent himself Pro Sé due to the denial of counsel by this Court, his present incarceration hinders and prejudices the defendants ability to be heard in a timely manner by the court in motions in objection and otherwise being presented. As demonstrated herewith.

3. The granting of the order (ECF No. 87) prior to consideration of the Defendants Objection and prior to the court designated Response deadline of 9/26/22 is prejudicial.

The Defendant request relief as stated in Motion in Objection dated 9/15/22 and attached.

Respectfully Submitted

David Staveley
Pro Sé

**Other Orders/Judgments**

1:20-cr-00074-MSM-LDA USA v. Staveley CASE CLOSED on 10/12/2021

U.S. District Court

District of Rhode Island

**Notice of Electronic Filing**

The following transaction was entered on 9/15/2022 at 2:19 PM EDT and filed on 9/15/2022
**Case Name:** USA v. Staveley
**Case Number:** 1:20-cr-00074-MSM-LDA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER: The United States Motion for an extension of time (ECF No. [87]) is GRANTED and the United States is directed to respond to the Petitioners Motion to Vacate under 28 U.S.C. 2255 (ECF No. [79]) on or before November 10, 2022. Petitioner is directed to respond to the United States Motion for an Order finding a waiver of attorney client privilege (ECF No. [87]) by September 26, 2022. So Ordered by District Judge Mary S. McElroy on 9/15/2022.(Potter, Carrie)

**1:20-cr-00074-MSM-LDA-1 Notice has been electronically mailed to:**

Jason P. Knight    jason.knight@jasonknightlaw.com

Lee Vilker    lee.vilker@usdoj.gov, CaseView.ECF@usdoj.gov, jade.brennan@usdoj.gov, lauren.masse@usdoj.gov, lindsay.beltzer@usdoj.gov, michele.sisson@usdoj.gov, miriam.contreras-morales@usdoj.gov, richard.myrus@usdoj.gov, usari-ecf@usdoj.gov

Terrence P. Donnelly    terrence.donnelly@usdoj.gov, brianne.campatelli@usdoj.gov, CaseView.ECF@usdoj.gov, emma.caslowitz@usdoj.gov, jade.brennan@usdoj.gov, lindsay.beltzer@usdoj.gov, tara.moniz@usdoj.gov, usari-ecf@usdoj.gov

**1:20-cr-00074-MSM-LDA-1 Notice has been delivered by other means to:**

David Staveley(Terminated)
04230049
FMC DEVENS - Federal Medical Center
P.O. Box 879
Ayer, MA 01432

*[handwritten annotation:] Federal Rule of Civil Procedure Motion for Relief from order under Rule 60(b)*