United States District Court
District of Rhode Island

United States of America
v.
David Staveley

Case No. 20-CR-00074-MSM

**RECEIVED**
SEP 23 2022
U.S. DISTRICT COURT
DISTRICT OF R.I.

Motion to Preserve All Communication by Asst. U.S. Atty Lee Vilker

The following Motion is presented to the honorable court, by the Defendant Pro Sé. The Defendant is not an attorney and is incarcerated during Covid-19 protocols with limited access to resources and communication limiting the Defendant's abilities.

The Defendant respectfully requests all Communication between Assistant United States Attorney Lee Vilker and The Court, Judge Mary McElroy, other Prosecutors in or out of District, Chief Justice O'Connell, Investigators or employees of FBI, U.S. Marshalls, Berlin Police Dept., Attorney for and David Bottzinger, AUSA Lauren S. Zurier, Steven Scott, Jean Connor, and/or any witness or individual providing sworn statement to or for use by AUSA Lee Vilker, Atty. Jason Knight, Bureau of Prisons, R.I. Probation or any other United States Probation Office/Representative, Any/All representatives of Law Enforcement, U.S. Court of Appeals 1st District, Clerk Sandra Rae Hebert or employees of her Office be preserved for future action. During the pendency of Case No. 20-CR-00074-MSM. Excluding the existing Court Minutes.

Respectfully Submitted
David Staveley

590 Mammoth Rd #2
Dracut, MA 01826

7022 0410 0000 0938 00[??]

U.S. POSTAGE PAID
FCM LETTER
LOWELL, MA
01854
SEP 15, 22
AMOUNT
$4.60
R2305K134408

United States District Court
District of R.I. - Federal Bldg
Clerk of Courts
1 Exchange Terrace
Providence, R.I. 02903

02903-174444