## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

DAVID STAVELEY,
    Petitioner,        )
                      )       Criminal No. 20-cr-00074-MSM-LDA
                      )
v.                   )       [Civil Action No. 22-cv-00315-MSM]
                      )
UNITED STATES OF AMERICA,   )
    Respondent.      )

## UNITED STATES' REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO THE GOVERNMENT'S MOTION REQUESTING ORDERS IN §2255 PROCEEDING

The Government moved for relief in this §2255 proceeding (ECF No. 87), and the defendant objected.  (ECF No. 92.)  On September 15, 2022, the Court ordered the defendant to file its response to the government's motion No. 87 by September 26, 2022.  On that same date, the Court gave the government until November 10, 2022 to file its response to the defendant's §2255 motion.  The government, of course, cannot file a meaningful response to the defendant's §2255 motion until the issues of what remains of the defendant's attorney-client privilege are resolved, as discussed in ECF No. 87.

Respectfully submitted,

ZACHARY A. CUNHA
UNITED STATES ATTORNEY

_____
TERRENCE P. DONNELLY
Assistant U.S. Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 27th day of September 2022 the within "**UNITED STATES' REPLY**" was filed electronically and is available for viewing and downloading from the ECF system, and was mailed to

David Staveley

<u>/s/ Terrence P. Donnelly</u>
TERRENCE P. DONNELLY
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
401-709-5000