# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,
v.                                                      Case No.: 1:20–cr–00074–WES–LDA

David Staveley
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

January 10, 2023                                        By the Court:

                                                        /s/ Mary S. McElroy
                                                        United States District Judge